No. 2023-1419

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

DONGKUK S&C CO., LTD.,

Plaintiff-Appellant,

v.

UNITED STATES, WIND TOWER TRADE COALITION,

Defendants-Appellees

Appeal from the United States Court of International Trade in
Case No. 1:20-cv-03686, Senior Judge Leo M. Gordon

**DEFENDANT-APPELLEE'S MOTION FOR A FURTHER
EXTENSION OF TIME FOR PARTIES TO FILE THE RESPONSE BRIEFS**

Pursuant to Federal Circuit Rule 26(b), defendants-appellee, the United States, respectfully requests that the Court grant an extension of time of 21 days, through July 12, 2023, for the defendant-appellees (the Government and Wind Tower Trade Coalition (WTTC)) to file their response briefs in this appeal. The defendant-appellees' response briefs are currently due on June 21, 2023. This is our second request for an extension of time for this purpose. The Court previously granted an extension of 35 days for the response briefs. We have conferred

regarding this motion with counsel for the other parties and obtained Dongkuk's and WTTC's consent by email on May 24, 2023.

Good cause exists to grant the extension that we are requesting because lead counsel for the Government's schedule in the coming weeks changed significantly following our previous extension request. Specifically, subsequent to that extension request, counsel was transferred from a departing colleague a time-sensitive bid protest action before the Court of Federal Claims that requires two briefs, two smaller substantive filings, and an oral argument all within the month of June 2023. As a result, counsel is currently responsible for eight briefs before this Court and others, an oral argument, and a number of additional smaller filings in the coming weeks. Although we anticipate also seeking extensions in certain other of these matters, the extension that we are requesting in this case is necessary to better enable counsel to complete these overlapping responsibilities.

In addition, counsel's ability to work on these matters has been hampered during the week of May 22, 2023, because counsel contracted pink eye (likely from illnesses experienced by counsel's children). This illness has both hampered counsel's ability to work for a period and required counsel to resort to using significantly out-of-date prescription eyeglasses (in lieu of contact lenses) while counsel's eyes recover, further affecting counsel's work.

Further, so that the deadlines in this appeal remain consistent, we respectfuly request that the extension apply both to the Government and to WTTC.

Accordingly, we respectfully request that the Court extend to July 12, 2023, the time for defendant-appellees to file the response briefs in this appeal.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant<br>Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
|  | /s/ Reginald T. Blades, Jr.<br>REGINALD T. BLADES, JR.<br>Assistant Director |
| OF COUNSEL:<br>JESUS N. SAENZ<br>Attorney<br>Office of the Chief Counsel<br>for Trade Enforcement and Compliance<br>U.S. Department of Commerce<br>Washington, D.C. | /s/ Joshua E. Kurland<br>JOSHUA E. KURLAND<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel.: (202) 616-0477<br>Email: Joshua.E.Kurland@usdoj.gov |
| May 26, 2023 | *Attorneys for Defendant-Appellees* |

No. 2023-1419

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

DONGKUK S&C CO., LTD.,

Plaintiff-Appellant,

v.

UNITED STATES, WIND TOWER TRADE COALITION,

Defendants-Appellees

Appeal from the United States Court of International Trade in
Case No. 1:20-cv-03686, Senior Judge Leo M. Gordon

### DECLARATION OF JOSHUA E. KURLAND

I, Joshua E. Kurland, state the following:

1. I am an attorney with the Department of Justice, Civil Division, Commercial Litigation Branch, Washington, D.C. In that capacity, I am counsel of record in *Dongkuk S&C Co., Ltd. v. United States*, Fed. Cir. Nos. 2023-1419. I submit this declaration, pursuant to Fed. Cir. Rule 27(b)(5), in support of our motion for an extension of time of 21 days.

2. Good cause exists to grant the extension that we are requesting because my schedule in the coming weeks changed significantly following our

previous extension request. Specifically, subsequent to that extension request, I was transferred from a departing colleague a time-sensitive bid protest action before the Court of Federal Claims that requires two briefs, two smaller substantive filings, and an oral argument all within the month of June 2023. As a result, I am currently responsible for eight briefs before this Court and others, an oral argument, and a number of additional smaller filings in the coming weeks. Although we anticipate also seeking extensions in certain other of these matters, the extension that we are requesting in this case is necessary to better enable me to complete these overlapping responsibilities.

3. In addition, my ability to work on these matters has been hampered during the week of May 22, 2023, because I contracted pink eye (likely from illnesses experienced by my children). This illness has both hampered my ability to work for a period and required me to resort to using significantly out-of-date prescription eyeglasses (in lieu of contact lenses) while my eyes recover, further affecting my work.

4. Further, so that the deadlines in this appeal remain consistent, we respectfully request that the extension apply both to the Government and to WTTC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 26, 2023.

/s/ Joshua E. Kurland

Joshua E. Kurland

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 27(d)(2)(A) of the Rules of the United States Court of Appeals for the Federal Circuit, respondent's counsel certifies that this motion complies with the Court's type-volume limitation rules. According to the word count calculated by the word processing system with which this motion was prepared, the motion contains a total of 355 words.

/s/ Joshua E. Kurland