# IN THE UNITED STATES
# COURT OF APPEALS FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| DONGKUK S&C., LTD., | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| v. | ) 2023-1419 |
| | ) |
| UNITED STATES, WIND TOWER TRADE COALTION | ) |
| | ) |
| Defendant-Appellees. | ) |

## DEFENDANT-APPELLEE'S UNOPPOSED MOTION TO SUBSTITUTE ATTORNEY AND FOR LEAVE TO FILE ENTRY OF APPEARANCE

Pursuant to Rules 27(a) and 47.3(c) of the Rules of the United States Court of Appeals for the Federal Circuit, undersigned counsel, Margaret Jantzen, respectfully requests leave to withdraw as principal counsel and to substitute Sosun Bae as principal counsel in this matter. On September 20, 2024, counsel for appellants and appellee-intervenors represented that they do not oppose this request.

We are filing this motion to substitute counsel because the case has been reassigned from Ms. Jantzen to Ms. Bae. Accordingly, Ms. Jantzen should be withdrawn as principal counsel and Ms. Bae should be identified as principal counsel on the Court's docket going forward. We have attached as an exhibit to this motion Ms. Bae's proposed entry of appearance (Exhibit A).

For these reasons, we respectfully request that the Court grant this request to substitute Ms. Bae for Ms. Jantzen in this appeal and to deem her entry of appearance filed.

                                            Respectfully submitted,

                                            BRIAN M. BOYNTON
                                            Principal Deputy Assistant Attorney General

                                            PATRICIA M. McCARTHY
                                            Director

                                            /s/ Reginald T. Blades, Jr.
                                            REGINALD T. BLADES, JR.
                                            Assistant Director

                                            /s/ Margaret J Jantzen
                                            MARGARET J. JANTZEN
                                            SOSUN BAE
                                            Senior Trial Counsel
                                            Commercial Litigation Branch
                                            Civil Division, Department of Justice
                                            P.O. Box 480
                                            Ben Franklin Station
                                            Washington, D.C. 20044
                                            Telephone: (202) 353-7994
                                            E-mail: Margaret.j.jantzen@usdoj.gov

                                            *Attorneys for Respondent-Appellee*

September 23, 2024

**EXHIBIT A**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2023-1419

**Short Case Caption:** Dongkuk S&C Co., Ltd. v. United States

| |
|---|
| **Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel. |

| | |
|---|---|
| **Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted. | |
| United States | |
| **Principal Counsel:** Sosun Bae | Admission Date: |
| Firm/Agency/Org.: United States Department of Justice, Commercial Litigation Branch | |
| Address: PO Box 480, Ben Franklin Station, Washington, DC 20044 | |
| Phone: (202) 305-7568 | Email: Sosun.Bae@usdoj.gov |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 9/19/24                    Signature: /s/ Sosun Bae

                                 Name: Sosun Bae