# United States Court of Appeals for the Federal Circuit

---

**DONGKUK S&C CO., LTD.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, WIND TOWER TRADE COALITION,**
*Defendants-Appellees*

---

2023-1419

---

Appeal from the United States Court of International Trade in No. 1:20-cv-03686-LMG, Senior Judge Leo M. Gordon.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

April 21, 2025
Date

Jarrett B. Perlow
Clerk of Court